UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BALL<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HOTEL HOSPITALITY SERVICES, INC. dba HOLIDAY INN EXPRESS VAN NUYS,<br><br>Defendant. | Case No. 2:24-cv-08862-DMG-RAO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [25]** |

## ORDER

Based on the Parties' stipulation the case is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated : May 5, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE